UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLA ADAMS-BEST, et al., | No. 2:17-CV-0497 KJM AC |
| Plaintiffs, | |
| v. | ORDER |
| SOUTHWEST AIRLINES, CO., | |
| Defendant. | |

In a minute order filed by the court on March 13, 2017, the status conference for the above case was advanced to May 11, 2017, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on May 2, 2017, but there was no appearance by plaintiffs' counsel Bradley S. Thomas at the May 11th conference.

Accordingly, Mr. Thomas is ordered to show cause why he should not be sanctioned in the amount of $250.00 for failing to appear at the status conference.

DATED: July 17, 2017.

_____
UNITED STATES DISTRICT JUDGE