**TIMOTHY J. RYAN, (99542)**
**REBEKKA R. MARTORANO, (173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant Southwest Airlines Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLA ADAMS-BEST and PETER BEST,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOE 1 through DOE XX, inclusive,<br><br>    Defendant. | No. 2:17-cv-00497-KJM-AC<br><br>**[STIPULATION AND ORDER REGARDING GOOD FAITH OF SETTLEMENT BETWEEN SOUTHWEST AIRLINES CO. AND PLAINTIFFS** |

## STIPULATION

Whereas, on January 26, 2017, an action was commenced in the Superior Court of the State of California in and for the County of Sacramento, entitled <u>Ola Adams-Best and Peter Best, Plaintiffs v. Southwest Airlines Co. and Doe 1 through Doe XX, Defendant,</u> as Case No. 34-2017-00207094;

Whereas, on March 7, 2017, Southwest Airlines Co. ("Southwest") removed the action to this Court on the basis of diversity, pursuant to the provisions of 28 U.S.C. section 1441(b), in that this is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs;

Whereas, plaintiff Ola Adams-Best alleges that she was injured when she was struck by a

1

bag dropped by a passenger during the boarding process on a Southwest flight from Los Angeles to Sacramento on October 29, 2015;

Whereas, Plaintiffs initially believed that the passenger who dropped the bag alleged to have injured plaintiff Adams-Best was an off-duty pilot employed by Southwest; however further investigation revealed that the passenger was not an employee of Southwest;

Whereas, the parties have reached a settlement agreement that contemplates that Plaintiffs will dismiss defendant Southwest in exchange for a waiver of costs;

Whereas, said settlement is conditioned on court approval and determination of the good faith of said settlement;

Therefore, the parties to this action, by and through their attorneys of record, stipulate that the Court may enter the following order:

## **STIPULATED ORDER**

Pursuant to the stipulation of the parties set forth above, the Court hereby approves the settlement between Plaintiffs and Southwest, and finds that said settlement was entered into in good faith by the parties thereto pursuant to California Code of Civil Procedure §877.6.

Based on the foregoing, any claims against Southwest for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault, with respect to damages constituting an element of any of the claims which have been settled by the subject settlement agreement are barred pursuant to Code of Civil Procedure §877.6(c).

**IT IS SO STIPULATED**.

Dated: September 11, 2017                             THE THOMAS LAW FIRM

                                                              /s/ Bradley S. Thomas
                                      By: _____
                                          BRADLEY S. THOMAS
                                          Attorneys for Plaintiffs OLA ADAMS-BEST
                                          and PETER BEST

Dated: September 11, 2017         THE RYAN LAW GROUP

                                          /s/ Rebekka R. Martorano
                                  By: _____
                                      TIMOTHY J. RYAN
                                      REBEKKA R. MARTORANO
                                      Attorneys for Defendant
                                      Southwest Airlines Co.

**IT IS SO ORDERED**.

DATED: September 15, 2017.        _____
                                  UNITED STATES DISTRICT JUDGE